# Court of Appeals
# of the State of Georgia

ATLANTA,   May 30, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1934.  MELVIN YOUNG v. THE STATE.**

Melvin Young pled guilty to child molestation, solicitation of sodomy, and four counts of sodomy in 2003, and was sentenced to serve two years in confinement and eight on probation.  On February 22, 2012, Young's probation was revoked.  Young filed an application for discretionary appeal of the trial court's order on March 6, 2012, which was docketed as Case No. A12D0311 and denied on March 28, 2012.  On April 2, 2012, he filed a direct appeal from the trial court's order.  We lack jurisdiction over his direct appeal.

Pursuant to OCGA § 5-6-35 (a) (5), appeals from orders revoking probation must be made by application.  Therefore, Young's filing of an application for discretionary appeal was appropriate, but as stated earlier, his application was denied.  Because Young does not have a right to a direct appeal, his appeal is DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/30/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*